UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  Chapter 7 No. 08-62595

**Antonio & Rene Robinson**  Hon: Shapero
 Debtor.
 _____/

**CERTIFICATE OF COMPLIANCE**

State of Michigan )
 )ss
County of Wayne )

Jeffrey David Thav, being duly sworn deposes and says that on March 14, 2011 he complied with LBR 1007-1(i) by sending Income Tax Returns and Proof of Income upon:

**Charles L. Wells, III**
903 N. Opdyke Rd.
#A1
Auburn Hills, MI 48326

by placing same in the Untied States Mail with first class postage thereon fully prepaid or by fax or email. **"I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF"**

| | |
|---|---|
| Date: March 14, 2011 | /s/Jeffrey David Thav |
| | Jeffrey David Thav (P63126) |
| | Attorney at Law |
| | Free Bankruptcy Evaluation |
| | 29200 Northwestern Hwy, Ste 155 |
| | Southfield, MI 48034 |
| | Jthav@savedme.com |
| | Phone: (248) 945-1111 |
| | Fax: (248) 945-4844 |